IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DENNIS LOCK,

    Petitioner,

v.

UNITED STATES ATTORNEY, et al.,

    Respondents.

Civ. No. 6:13-cv-2069-MC

OPINION AND ORDER

MCSHANE, Judge:

Petitioner, *pro se*, filed a petition for writ of mandamus (#2) on November 19, 2013. Pet. Writ of Mandamus, ECF No. 2. On November 27, 2013, this Court issued an opinion denying petitioner's request. Order, Nov. 27, 2013, ECF No. 5. In consideration of petitioner's *pro se* status, this Court granted petitioner "until December 27, 2013 to file for appropriate relief, e.g., a claim under 42 U.S.C. § 1983." *Id*. Petitioner has not taken additional action since that time.[1] Accordingly, because petitioner failed to comply with this Court's order (#5), this action is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

DATED this 8th day of January, 2014.

                              Michael J. McShane
                            United States District Judge

---

[1] Petitioner did file a separate action, 6:13-cv-2091-MC, that is also before this Court.

1 – OPINION AND ORDER